**M & O REALTY, INC., Appellant,**

v.

**Donald M. BACON, Lil Berry, d/b/a Eureka Tractor, Respondents.**

**No. 69137.**

Missouri Court of Appeals, Eastern District.

Dec. 3, 1996.

David J. Barton, Arnold, for appellant.

Katharyn B. Davis, Davis & Weisman, St. Louis, for respondent.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

This is an appeal from an unlawful detainer action brought by M & O Realty against Donald Bacon. The trial court entered judgment in favor of M & O Realty and awarded damages of $4,000.00. M & O Realty appeals, alleging that the trial court erred by not awarding damages in accordance with § 534.310, RSMo 1994, the unlawful detainer statute.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).